JAMES W. SIMONTON, Respondent, *v.* EMPIRE ·SEWING MACHINE Co., Appellant.

(Argued March 15, 1873; decided June term, 1873.)

DECIDED on the facts in the case.

*John J. Townsend* for the appellant.

*Samuel A. Noyes* for the respondent.

GRAY, C., reads for affirmance.
REYNOLDS, C., for reversal.
All concur for affirmance, except REYNOLDS, C., dissenting.
Judgment affirmed.

---

LAURA B. MALLORY, Respondent, *v.* THE TRAVELERS' INSURANCE COMPANY, Appellant.

(Argued March 17, 1873; decided June term, 1873.)

THIS case presented substantially the same facts and questions as that of *Mallory* v. *The Travelers' Ins. Co.* (47 N. Y., 52), and was decided mainly upon the authority of that case.

*Reynolds & Ward* for the appellant.

*J. R. Allaben* for the respondent.

REYNOLDS, C., reads for affirmance.
All concur.
Judgment affirmed.